UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-9278 FMO (SHx) | Date | **October 12, 2016** |
|---|---|---|---|
| Title | **Michael Lopez v. Jimenez LLC, et al.** | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):  Attorney Present for Defendant(s):

None Present  None Present

**Proceedings:**   **(In Chambers) Order to Show Cause re: Dismissal for Lack of Prosecution**

On October 4, 2016, the court issued an order to show cause (a) why this action should not be dismissed for lack of capacity to be sued on the part of defendant; and (b) why sanctions should not be imposed for failure to comply with the court's orders. (See Dkt. 49, Court's Order to Show Cause of October 4, 2016, at 2). The court's order required a response from plaintiff by no later than October 10, 2016. (See id.). As of the filing date of this order to show cause, no response has been filed. (See, generally, Dkt.). Accordingly, IT IS ORDERED that if plaintiff still wishes to pursue this action, he is granted until **October 13, 2016** at **5:00 p.m.**, to file a response to this Order to Show Cause as well as the Court's Order to Show Cause filed on October 4, 2016 (Dkt. 49). **Plaintiff is cautioned that failure to timely file a response may result in this action being dismissed without prejudice for failure to prosecute and/or failure to comply with a court order**. See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

|  | 00 | : | 00 |
|---|---|---|---|
|  | Initials of Preparer | | vdr |